```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 53697
   REGINALD ANTHONY SHARP
   MINETTA SHARP                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-6006     SSN XXX-XX-1662

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/13/2005 and was confirmed 06/28/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/28/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
WORLD FINANCIAL NETWORK    UNSECURED           678.72         .00           678.72
WORLD FINANCIAL NETWORK    UNSECURED           158.12         .00           158.12
WORLD FINANCIAL NETWORK    UNSECURED           316.91         .00           316.91
WORLD FINANCIAL NETWORK    UNSECURED           181.97         .00           181.97
PORTFOLIO RECOVERY ASSOC   UNSECURED          4175.73         .00          4175.73
WORLDWIDE ASSET PURCHASI   UNSECURED            67.33         .00            67.33
BANK ONE                   CURRENT MORTG         .00          .00             .00
BANK ONE                   COST OF COLLE      700.00          .00           700.00
US EMPLOYEES CREDIT UNIO   SECURED NOT I   NOT FILED          .00             .00
US EMPLOYEES CREDIT UNIO   UNSECURED       NOT FILED          .00             .00
MORTGAGE ELECTRONIC REGI   CURRENT MORTG         .00          .00             .00
MORTGAGE ELECTRONIC REGI   MORTGAGE ARRE    11124.32         .00         11124.32
HOMESIDE LENDING           SECURED NOT I         .00          .00             .00
JAMES E POPJOY             NOTICE ONLY     NOT FILED          .00             .00
NCO FINANCIAL              UNSECURED          156.00          .00           156.00
CHRYSLER FINANCIAL         UNSECURED       NOT FILED          .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED         7795.12          .00          7795.12
FEDERAL CENTER EMPLOYEES   NOTICE ONLY     NOT FILED          .00             .00
FINGERHUT CREDIT ADVANTA   UNSECURED          636.54          .00           636.54
FIRST SELECT               NOTICE ONLY     NOT FILED          .00             .00
HOMESIDE LENDING           NOTICE ONLY     NOT FILED          .00             .00
MARILYN O MARSHALL TRUST   UNSECURED       NOT FILED          .00             .00
REGINALD & MINETTA SHARP   NOTICE ONLY     NOT FILED          .00             .00
SEARS PAYMENT CENTER       UNSECURED       NOT FILED          .00             .00
SEVENTH AVENUE             UNSECURED       NOT FILED          .00             .00
SHAPIRO & KREISMAN         NOTICE ONLY     NOT FILED          .00             .00
SPIEGEL                    UNSECURED       NOT FILED          .00             .00
US EMPLOYEES CREDIT UNIO   NOTICE ONLY     NOT FILED          .00             .00
WAL MART STORES INC        UNSECURED       NOT FILED          .00             .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED          .00             .00
WELLS FARGO FINANCIAL IL   UNSECURED       NOT FILED          .00             .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY      1,400.00                      1,400.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 53697 REGINALD ANTHONY SHARP & MINETTA SHARP
```

```
TOM VAUGHN                   TRUSTEE                              1,394.80
DEBTOR REFUND                REFUND                               3,154.44

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   31,940.00

PRIORITY                                              .00
SECURED                                         11,824.32
UNSECURED                                       14,166.44
ADMINISTRATIVE                                   1,400.00
TRUSTEE COMPENSATION                             1,394.80
DEBTOR REFUND                                    3,154.44
                        ---------------    ---------------
TOTALS                     31,940.00            31,940.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 05/28/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE